UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED
APR 1 8 2005
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

UNITED STATES OF AMERICA

v.

MATTHEW SCOTT CAMERON

CRIMINAL NO. V-05-12

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

Counsel for MATTHEW SCOTT CAMERON requested a continuance of the jury trial setting.

The government is not opposed to the continuance.

Accordingly, the Court GRANTS the request for a continuance and finds pursuant to 18 U.S.C. Sec. 3161(h)(8)(A) that the ends of justice served by granting of the continuance outweigh the best interests of the public and defendant in a speedy trial.

This finding is based on Mr. Weiser's request for additional time to investigate the case, prepare a defense, and discuss a possible plea agreement with the government.

It is ORDERED that this case be set for Jury Selection and Trial on June 27, 2005, at 9:30 a.m. and pretrial conference at 10:10 a.m. on June 20, 2005.

SIGNED on April 18, 2005.

United States District Judge